RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

SEP 18 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 13-606(MLC) |
| v. | : | **WAIVER OF INDICTMENT** |
| JAROD MACHINGA | : | |

I, Jarod Machinga, the above-named defendant, who is charged with: (a) knowingly and intentionally devising a scheme and artifice to defraud the United States of honest services by accepting kickback payments, and for the purpose of executing the scheme to defraud causing an interstate wire communication to be transmitted in violation of Title 18, United States Code, Sections 1343, 1346 and 2; (b) knowingly and intentionally devising a scheme and artifice to defraud the Department of Veterans Affairs and to obtain money and property from the Department of Veterans Affairs by means of materially false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme to defraud causing an interstate wire communication to be transmitted in violation of Title 18, United States Code, Sections 1343 and 2; and (c) knowingly engaging in a monetary transaction in criminally derived property of a value greater than $10,000 that was derived from a specified unlawful activity, in violation of Title 18, United States Code, Sections 1957 and 2, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court

on (Date) September 18, 2013 prosecution by indictment and consent that the proceeding may be by way of an Information on rather than by indictment.

_____
Defendant Jarod Machinga

_____
Fortunato N. Perri Jr., Esq.
Counsel for Defendant

Before: _____
HONORABLE MARY L. COOPER
United States District Judge